Mark T. Domeyer, Esq.
California Bar No. 135008
L. Bryant Jaquez, Esq.
California Bar No.252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 12-01867

Attorneys for Secured Creditor,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA BARBARA DIVISION

| In re:<br><br>JUAN MANUEL MONTANEZ,<br><br>Debtor.<br><br>BANK OF AMERICA, N.A.,<br><br>Secured Creditor, | Case No.: 9:12-BK-10834-RR<br><br>Chapter 11<br><br>**NOTICE OF CLASS 3 CREDITOR, BANK OF AMERICA, N.A.'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS TOTALLY SECURED FOR PURPOSES OF CHAPTER 11 PLAN CONFIRMATION**<br><br>**Disclosure Statement Hearing –**<br><br>Date: June 13, 2013<br>Time: 10:00 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>1415 State Street<br>Santa Barbara, CA 93101<br>Courtroom 201 |
|---|---|

TO THE HON. ROBIN L. RIBLET, U.S. BANKRUPTCY JUDGE; DEBTOR, JUAN MANUEL MONTANEZ; DEBTOR'S ATTORNEY, ERIC BENSAMOCHAN; AND ALL OTHER INTERESTED PARTIES:

///

1

1      BANK OF AMERICA, N.A., a Class 3 Secured Creditor for the property located at **329**

2      **North Quarantina Street, Santa Barbara, CA  93103**, elects treatment under 11 U.S.C.

3      §1111(b) to be treated as totally secured for purposes of Chapter 11 Plan confirmation.

4                                       MILES, BAUER, BERGSTROM & WINTERS, LLP

6    Dated: _____5/6/13_____         By: _____

                                                    Mark T. Domeyer, Esq.
7                                                     L. Bryant Jaquez, Esq.
                                                    Attorney for Secured Creditor,
8                                                     BANK OF AMERICA, N.A.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Miles, Bauer, Bergstrom & Winters, LLP, 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled *(specify)*: _____
**NOTICE OF CLASS 3 CREDITOR, BANK OF AMERICA, N.A.'S ELECTION UNDER 11 U.S.C. §1111(b) TO BE TREATED AS TOTALLY SECURED FOR PURPOSES OF CHAPTER 11 PLAN CONFIRMATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 6, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor: Eric Bensamochan, eric@bnpllp.com
Counsel for U.S. Trustee: Brian D Fittipaldi, brian.fittipaldi@usdoj.gov
United States Trustee, ustpregion16.nd.ecf@usdoj.gov
Attorney for Secured Creditor: Bryant Jaquez, bjaquez@mileslegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 6, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robin L. Riblet, U.S. Bankruptcy Court, 1415 State Street, Suite 103, Santa Barbara, CA 93101-2511
Debtor: Juan Manuel Montanez, 102 North Hope Ave. Apt. 39, Santa Barbara, CA 93110

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2013 | Beatriz Cervantes | /s/ Beatriz Cervantes |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**